# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:17-cr-76 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| JOHN E. EGRI, | : | |
| Defendant. | : | |

## ORDER REVOKING PREJUDGMENT PROBATION/ SENTENCING ENTRY

Defendant appeared before the Court on March 30, 2018 pursuant to a Warrant for Arrest issued commanding Defendant to show cause why his probation should not be revoked as set forth in the Petition filed March 30, 2018.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the conditions set forth in the terms of his probation. Accordingly, the Court found that Defendant violated the terms and conditions of probation and Defendant's probation is ordered revoked.

Without objection by Defendant, the Court proceeded to sentencing after allowing Defendant and his counsel an opportunity to make a statement. Defendant is sentenced to a term of imprisonment of Ten (10) months, with no supervision to follow.

April 9, 2018

                                                  s/Sharon L. Ovington
                                                   Sharon L. Ovington
                                            United States Magistrate Judge